AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Civil Liberties Union of Michigan, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00184-AHA |
| U.S. Immigration and Customs Enforcement, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 01/30/2025

/s/ Kyle Virgien
*Attorney's signature*

Kyle Virgien (CA 278747)
*Printed name and bar number*

Kyle Virgien*
American Civil Liberties Union
425 California St., 7th Floor
San Francisco, CA 94104
*Address*

kvirgien@aclu.org
*E-mail address*

(415) 343-0770
*Telephone number*

(415) 395-0950
*FAX number*