**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN CIVIL LIBERTIES UNION OF
MICHIGAN, *et al.*;

    Plaintiffs,

                v.

                                      Case No. 1:25-cv-00184
                                      Hon. Amir H. Ali

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*;

    Defendants.

**NOTICE OF APPEARANCE**

Please take notice that Ramis J. Wadood, having been admitted *pro hac vice*, is entering

an appearance in the above-captioned case on behalf of Plaintiffs American Civil Liberties

Union of Michigan and American Civil Liberties Union Fund of Michigan.

                                    Respectfully submitted,

                                    /s/Ramis J. Wadood
                                    Ramis J. Wadood (MI Bar P85791)
                                    American Civil Liberties Union Fund of
                                      Michigan
                                    2966 Woodward Ave.
                                    Detroit, MI 48201
                                    (313) 578-6800
                                    rwadood@aclumich.org