IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;<br><br>    Plaintiffs,<br><br>                    v.<br><br><br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;<br><br>    Defendants. | Case No. 1:25-cv-00184<br>Hon. Amir H. Ali |

### NOTICE OF APPEARANCE

Please take notice that Philip Mayor, having been admitted *pro hac vice*, is entering an appearance in the above-captioned case on behalf of Plaintiffs American Civil Liberties Union of Michigan and American Civil Liberties Union Fund of Michigan.

    Respectfully submitted,

    /s/Philip Mayor
    Philip Mayor (MI Bar P81691)
    American Civil Liberties Union Fund of
      Michigan
    2966 Woodward Ave.
    Detroit, MI 48201
    (313) 578-6800
    pmayor@aclumich.org