**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN CIVIL LIBERTIES UNION OF
MICHIGAN, *et al.*;

       Plaintiffs,

               v.

Case No. 1:25-cv-00184
Hon. Amir H. Ali

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*;

       Defendants.

**NOTICE OF APPEARANCE**

       Please take notice that Daniel S. Korobkin, having been admitted *pro hac vice*, is entering

an appearance in the above-captioned case on behalf of Plaintiffs American Civil Liberties

Union of Michigan and American Civil Liberties Union Fund of Michigan.

                              Respectfully submitted,

                              /s/Daniel S. Korobkin
                              Daniel S. Korobkin (MI Bar P72842)
                              American Civil Liberties Union Fund of
                                Michigan
                              2966 Woodward Ave.
                              Detroit, MI 48201
                              (313) 578-6800
                              dkorobkin@aclumich.org