IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-00184 |

**NOTICE OF FILING PROOF OF SERVICE**

Plaintiffs respectfully submit the attached Affidavit of Mailing of Samantha Weaver as proof of service upon U.S. Immigration and Customs Enforcement, the Director of U.S. Immigration and Customs Enforcement, the U.S. Department of Homeland Security, the Secretary of the U.S. Department of Homeland Security, the Attorney General of the United States and the United States Attorney for the District of Columbia in the above-captioned matter.

DATED: February 4, 2025

| | |
|---|---|
| Ramis J. Wadood* <br> Daniel S. Korobkin* <br> Philip E. Mayor* <br> American Civil Liberties Union Fund of Michigan <br> 2966 Woodward Avenue <br> Detroit, MI 48201 <br> (313) 578-6800 <br> rwadood@aclumich.org | */s/ Eunice H. Cho* <br> Eunice H. Cho (D.C. Bar #1708073) <br> American Civil Liberties Union Foundation <br> National Prison Project <br> 915 Fifteenth Street NW, 7th Floor <br> Washington, DC 20005 <br> Phone: (202) 548-6616 <br> echo@aclu.org |

| | |
|---|---|
| Spencer Amdur** | Kyle Virgien* |
| My Khanh Ngo** | American Civil Liberties Union Foundation |
| American Civil Liberties Union Foundation | National Prison Project |
| Immigrants' Rights Project | 425 California Street, 7th Floor |
| 425 California Street, 7th Floor | San Francisco, CA 94104 |
| San Francisco, CA 94104 | Phone: (415) 343-0770 |
| Phone: (415) 343-0770 | kvirgien@aclu.org |
| samdur@aclu.org | |
| mngo@aclu.org | |

*Attorneys for Plaintiffs*

\* Admitted p*ro hac vice*
\*\* *Pro hac vice* motions forthcoming

2