# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*,<br><br>      *Plaintiffs*,<br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>      *Defendants*. | No. 1:25-cv-00184 |

**AFFIDAVIT OF MAILING**

I, Samantha Weaver, hereby certify that I am more than 18 years of age and not a party to this action.

I certify that I caused the Summons and Complaint in this action to be served upon the Attorney General of the United States by mailing copies thereof to 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, by certified mail on January 25, 2025. The certified mail tracking number on that package was 9589071052700784669025. That package was delivered to that address on February 3, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

I further certify that I caused the Summons and Complaint in this action to be served upon the Director of U.S. Immigration and Customs Enforcement by mailing copies thereof to 500 12th St. SW, Washington, DC 20536, by certified mail on January 25, 2025. The certified mail tracking number on that package was 9589071052700784669049. That package was delivered to that address on January 30, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

I further certify that I caused the Summons and Complaint in this action to be served upon U.S. Immigration and Customs Enforcement by mailing copies thereof to 500 12th St. SW, Washington, DC 20536, by certified mail on January 25, 2025. The certified mail tracking number on that package was 9589071052700784669056. That package was delivered to that address on January 30, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

I further certify that I caused the Summons and Complaint in this action to be served upon the Secretary of the U.S. Department of Homeland Security by mailing copies thereof to 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528, by certified mail on January 25, 2025. The certified mail tracking number on that package was 9589071052700784669018. That package was delivered to that address on January 30, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

I further certify that I caused the Summons and Complaint in this action to be served upon the U.S. Department of Homeland Security by mailing copies thereof to 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528, by certified mail on January 25, 2025. The certified mail tracking number on that package was 9589071052700784669032. That package was delivered to that address on January 30, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

I further certify that I caused the Summons and Complaint in this action to be served upon the United States Attorney for the District of Columbia by mailing copies thereof to 601 D Street, NW, Washington, DC 20530, by certified mail on January 25, 2025. The certified mail tracking number on that package was 9589071052700784669001. That package was delivered to that address on February 3, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of February, 2025.

/s/ Samantha Weaver
Samantha Weaver







3

**Tracking Number:**

# 9589071052700784669018

Copy     Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 8:09 am on January 30, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20528
January 30, 2025, 8:09 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 9589071052700784669032

Copy     Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 8:09 am on January 30, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20528
January 30, 2025, 8:09 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 9589071052700784669001

Copy     Add to Informed Delivery

**Latest Update**

Your item was picked up at a postal facility at 5:11 am on February 3, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 3, 2025, 5:11 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**