**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN CIVIL LIBERTIES UNION OF
MICHIGAN, *et al.*;

    Plaintiffs,

          v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*;

    Defendants.

Case No. 1:25-cv-00184-AHA

**MOTION FOR ADMISSION OF MY KHANH NGO *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(e), Plaintiffs move for the admission of My Khanh Ngo,

*pro hac vice,* in the above-entitled action. Ms. Ngo is employed by the American Civil Liberties

Union Foundation Immigrants' Rights Project and is a member of the California State Bar. Ms.

Ngo practices in California. Her declaration in support of this motion is filed herewith.

February 4, 2025

Respectfully submitted,

/s/ *Eunice H. Cho*
Eunice H. Cho (D.C. Bar No. 1708073)
American Civil Liberties Union Foundation
National Prison Project
915 15th Street, NW – 7th floor
Washington, DC 20005
202-546-6616
echo@aclu.org