## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION OF
MICHIGAN, *et al.*;

     Plaintiffs,

               v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*;

     Defendants.

Case No. 1:25-cv-00184-AHA

### DECLARATION OF MY KHANH NGO
### FOR PRO HAC VICE ADMISSION

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), l hereby declare under

penalty of perjury under the laws of the United States of America that the following statements

are complete, true, and correct:

1. My full name is **My Khanh Ngo.**

2. My California state bar membership number is **317817.**

3. My business address is: **425 California Street, 7th Floor, San Francisco, CA 94104.**

4. My business phone number is **(415) 343-0764**.

5. I am a member in good standing of the **State Bar of California and the Federal Bars of the U.S. District Courts for the Northern District of California, Central District of California, Michigan Eastern District, Sixth Circuit Court of Appeals, Eighth Circuit Court of Appeals, and Ninth Circuit Court of Appeals.**

6. I have **not** been denied admission, disbarred, suspended from practice, reprimanded, denied in good standing status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.

7. There have **not** been any proceedings which could lead to any such disciplinary action being instituted against me in any such bodies.

8. I have **not** been admitted *pro hac vice* into this court within the last two years.

January 24, 2025                                    Respectfully submitted,


My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104
Tel: (415) 343-0764
mngo@aclu.org