# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;

    Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;

    Defendants.

Case No. 1:25-cv-00184-AHA

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for the admission of My Khanh Ngo *pro hac vice*, the motion is granted.

Dated:_____                    _____
                                                                                                United States District Judge Amir H. Ali