IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;<br><br>    Defendants. | Case No. 1:25-cv-00184-AHA |

**MOTION FOR ADMISSION OF SPENCER AMDUR *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(e), Plaintiffs move for the admission of Spencer Amdur, *pro hac vice,* in the above-entitled action. Mr. Amdur is employed by the American Civil Liberties Union and is a member of the California State Bar. Mr. Amdur practices in California. His declaration in support of this motion is filed herewith.

February 4, 2025

Respectfully submitted,

/s/ *Eunice H. Cho*
Eunice H. Cho (D.C. Bar No. 1708073)
American Civil Liberties Union Foundation
National Prison Project
915 15th Street, NW – 7th floor
Washington, DC 20005
202-546-6616
echo@aclu.org