IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;<br><br>    Defendants. | Case No. 1:25-cv-00184-AHA |

**DECLARATION OF SPENCER AMDUR
FOR PRO HAC VICE ADMISSION**

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare under penalty of perjury under the laws of the United States of America that the following statements are complete, true, and correct:

1. My full name is **Spencer Elijah Wittmann Amdur**.

2. My California state bar membership number is 320069.

3. My business address is: **425 California Street, Suite 700, San Francisco, CA 94104.**

4. My business phone number is (415) 343-1198

5. I am a member in good standing of the **State Bar of California and the Federal Bars of the Northern District of California, Southern District of California, Western District of Texas, Second Circuit Court of Appeals, Fourth Circuit Court of Appeals, Fifth Circuit Court of Appeals, Seventh Circuit Court of Appeals, Ninth Circuit Court of Appeals, Tenth Circuit Court of Appeals.**

6. I have **not** been denied admission, disbarred, suspended from practice, reprimanded, denied in good standing status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.

7. There have **not** been any proceedings which could lead to any such disciplinary action being instituted against me in any such bodies.

8. I have **not** been admitted *pro hac vice* into this court within the last two years.

February 4, 2025

Respectfully submitted,

Spencer Amdur
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104
Tel: (415) 343-0764
mngo@aclu.org