IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION OF
MICHIGAN, *et al.*;

    Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*;

    Defendants.

Case No. 1:25-cv-00184-AHA

**[PROPOSED] ORDER**

    Upon consideration of Plaintiffs' motion for the admission of Spencer Elijah Amdur *pro hac vice*, the motion is granted.

Dated:_____             _____
                                                                     United States District Judge Amir H. Ali