IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;

    Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;

    Defendants.

Case No. 1:25-cv-00184-AHA

## NOTICE OF APPEARANCE

Please take notice that My Khanh Ngo, having been admitted *pro hac vice*, is entering an appearance in the above-captioned case on behalf of Plaintiffs American Civil Liberties Union of Michigan and American Civil Liberties Union Fund of Michigan.

February 6, 2025

Respectfully submitted,

/s/My Khanh Ngo
My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
Suite 700
San Francisco, CA 94104
Tel: (415) 343-0764
mngo@aclu.org