IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;<br><br>    Plaintiffs,<br><br>               v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;<br><br>    Defendants. | Case No. 1:25-cv-00184-AHA |

### NOTICE OF APPEARANCE

Please take notice that Spencer Amdur, having been admitted *pro hac vice*, is entering an appearance in the above-captioned case on behalf of Plaintiffs American Civil Liberties Union of Michigan and American Civil Liberties Union Fund of Michigan.

February 6, 2025

Respectfully submitted,

/s/Spencer Amdur_____
Spencer Amdur
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
Suite 700
San Francisco, CA 94104
Tel: (415) 343-0764
samdur@aclu.org