UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Civil Action No. 25-0184 (AHA) |

**DEFENDANTS' CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants, through undersigned counsel, respectfully move for a 45-day extension to respond to the complaint. Currently, the deadline to respond is Tuesday, March 25, 2025. Defendants seek a new, proposed deadline of Friday, May 9, 2025. Counsel for Defendants has conferred with counsel for Plaintiffs about this motion, and Plaintiffs have graciously consented to this motion.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Defendants request this extension because undersigned was recently assigned to this case, and his heavy caseload prevents him from preparing and filing a response to the complaint by the current deadline. The U.S. Attorney's Office is receiving thousands of new cases a year, and there

- 2 -

is sometimes a delay in case assignments because of the influx in new cases. Undersigned is currently personally handling over 80 cases, of which more than 50 are active, each with its own competing obligations, deadlines, and demands. An extra 45 days would allow him to better understand the allegations in the complaint and draft a more appropriate response.

For the reasons above, Defendants contend there is good cause to grant this motion and for Defendants' new deadline to respond be extended to Friday, May 9, 2025. Plaintiffs, again, have graciously consented to this motion.

Date:   March 20, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:      */s/ Sam Escher*
SAM ESCHER, D.C. Bar #1655538
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2531
Sam.Escher@usdoj.gov

*Attorneys for the United States of America*