IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;

    Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;

    Defendants.

Case No. 1:25-cv-00184
Hon. Amir H. Ali

## **MOTION TO WITHDRAW AS ATTORNEY**

Daniel S. Korobkin hereby moves to withdraw as attorney for Plaintiffs in the above-captioned case. Mr. Korobkin is leaving his position at the American Civil Liberties Union Fund of Michigan and will no longer be able to represent Plaintiffs. Plaintiffs will continue to be represented by other counsel in this matter.

Respectfully submitted,

/s/ Daniel S. Korobkin
Daniel S. Korobkin (P72842)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

Attorney for Plaintiffs

Dated: April 30, 2025