# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*; <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*; <br><br> Defendants. | Case No. 1:25-cv-00184 <br> Hon. Amir H. Ali |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Daniel S. Korobkin has filed a motion to withdraw as attorney for Plaintiffs in the above-captioned case. Plaintiffs will continue to be represented by other counsel in this matter. The motion is hereby granted.

SO ORDERED.

_____
Hon. Amir H. Ali
United States District Judge

Dated: _____