United States District Court
Eastern District of Michigan
Southern Division

American Civil Liberties Union
of Michigan,

    Plaintiff,

v.

U.S. Immigration and Customs
Enforcement, et al.,

    Defendants.

Civil No. 24-12466

Hon. Denise Page Hood
Mag. Judge Curtis Ivy, Jr.

## Stipulated Order Regarding Production of Records

The Court held a status conference in this matter on April 4, 2025. The parties advised that they have agreed on the timing of the agency's review and production of records responsive to Plaintiff's FOIA request and that the agency will make monthly rolling productions beginning on or before May 15, 2025.

Accordingly, by stipulation of the parties, by and through their counsel, IT IS ORDERED THAT:

1. The settlement conference currently set for May 2, 2025, is adjourned.

2. The parties shall file a joint status report updating the Court on the processing of Plaintiff's FOIA request by June 1, 2025, and every 60 days thereafter until the production is complete.

        s/Curtis Ivy, Jr.
        Curtis Ivy, Jr.
        United States Magistrate Judge

Dated: April 25, 2025

**Stipulated and Agreed to By:**

| | |
|---|---|
| American Civil Liberties Union Fund of Michigan | Julie A. Beck<br>Acting United States Attorney |
| *s/Ramis J. Wadood* | *s/Brittany D. Parling* |
| Ramis J. Wadood (P85791)<br>Daniel S. Korobkin (P72842)<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>586-214-7359<br>rwadood@aclumich.org<br>dkorobkin@aclumich.org | Brittany D. Parling (P78870)<br>Assistant U.S. Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226<br>313-226-9746<br>Brittany.Parling@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: April 4, 2025 | Dated: April 4, 2025 |