IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;<br><br>Defendants. | Case No. 1:25-cv-00184<br>Hon. Amir H. Ali |

**PLAINTIFFS' CONSENT MOTION FOR
EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION**

Plaintiffs, through undersigned counsel, respectfully move for an extension of their deadline to file a memorandum of points and authorities in opposition to Defendants' Motion to Dismiss (ECF No. 21). Plaintiffs' memorandum of opposition is currently due by May 23, 2025; the requested extension, if granted, would set the new deadline to **July 3, 2025**. The parties have conferred regarding this motion, and Defendants have consented to this motion. This is Plaintiffs' first request for an extension of a briefing deadline. Plaintiffs previously consented to, and this Court granted, a similar enlargement of time for Defendants to file their Motion to Dismiss.

In consultation with Defendants, Plaintiffs respectfully suggest that the deadline for Defendants' reply memorandum should be correspondingly extended to **July 31, 2025**. *See* Standing Order for Civil Cases (ECF No. 15) at ¶ 6 (iv.)-(v.).

Courts may, for good cause, extend litigation deadlines "if a request is made before the original time or its extension expires." Fed. R. Civ. P. 16(b)(1). Courts "enjoy board discretion

when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Plaintiffs request this extension because undersigned counsels' heavy caseload prevents them from preparing an appropriate memorandum in opposition to Defendants' Motion to Dismiss within the timeframe allowed by L. Cv. R. 7(b). Plaintiffs understand that Defendants' counsel is also facing a uniquely heavy caseload, thus necessitating a corresponding extension to their reply memorandum deadline. The requested extensions for the memorandum in opposition and for the reply memorandum would allow parties to more appropriately brief the Motion to Dismiss for this Court's consideration. Plaintiffs' requested extension is also appropriate as it is consistent with the extension of time previously granted to Defendants to file the underlying Motion to Dismiss.

For the reasons above, good cause exists to grant this consent motion and for the Court to set the following deadlines for responsive briefing to Defendants' Motion to Dismiss:

- Plaintiffs' memorandum in opposition should be due **July 3, 2025**;
- Defendants' reply memorandum should be due **July 31, 2025**.

Respectfully submitted,

*/s/ Ramis J. Wadood*
Ramis J. Wadood*
Philip E. Mayor*
American Civil Liberties Union Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6800
rwadood@aclumich.org
pmayor@aclumich.org

Eunice H. Cho (D.C. Bar #1708073)
American Civil Liberties Union Foundation
National Prison Project
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Phone: (202) 548-6616
echo@aclu.org

<div style="display: flex;">
<div>

Spencer Amdur*  
My Khanh Ngo  (D.C. Bar #CA00219)  
American Civil Liberties Union Foundation  
Immigrants' Rights Project  
425 California Street, 7th Floor  
San Francisco, CA 94104  
Phone: (415) 343-0770  
samdur@aclu.org  
mngo@aclu.org  

</div>
<div>

Kyle Virgien*  
American Civil Liberties Union Foundation  
National Prison Project  
425 California Street, 7th Floor  
San Francisco, CA 94104  
Phone: (415) 343-0770  
kvirgien@aclu.org  


Attorneys for Plaintiffs  
*Admitted *pro hac vice*

</div>
</div>

Dated: May 13, 2025