IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;

    Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;

    Defendants.

Case No. 1:25-cv-00184
Hon. Amir H. Ali

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' consent motion for an extension of time (ECF No. 22), it is hereby ORDERED that Plaintiffs' motion is GRANTED, and it is further ORDERED that:

- Plaintiffs' memorandum in opposition to the Motion to Dismiss (ECF No. 21) shall be due **July 3, 2025**;

- Defendants' reply memorandum shall be due **July 31, 2025**.

Dated: _____

_____
Amir H. Ali
United States District Judge