**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*; <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*; <br><br> Defendants. | Case No. 1:25-cv-00184 <br> Hon. Amir H. Ali |

**MOTION FOR ADMISSION OF BONSITU KITABA-GAVIGLIO *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(e), Plaintiffs move for the admission of Bonsitu Kitaba-Gaviglio, *pro hac vice,* in the above-entitled action. Ms. Kitaba-Gaviglio is employed by the American Civil Liberties Union Fund of Michigan and is a member of the State Bar of Michigan. Ms. Kitaba-Gaviglio practices in Michigan. Her declaration in support of this motion is filed herewith.

June 24, 2025

Respectfully submitted,

/s/ Eunice H. Cho
Eunice H. Cho (D.C. Bar No. 1708073)
American Civil Liberties Union Foundation
National Prison Project
915 15th Street, NW – 7th floor
Washington, DC 20005
202-546-6616
echo@aclu.org