IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;<br><br>    Defendants. | Case No. 1:25-cv-00184<br>Hon. Amir H. Ali |

DECLARATION OF BONSITU KITABA-GAVIGLIO
FOR *PRO HAC VICE ADMISSION*

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare under penalty of perjury under the laws of the United States of America that the following statements are complete, true, and correct:

1. My full name is **Bonsitu Kitaba-Gaviglio**.

2. My state bar membership number is **P78822**.

3. My business address is: **2966 Woodward Avenue, Detroit, Michigan 48201**.

4. My business phone number is **(313) 578-6800**, and my fax number is **(313) 578-6811**.

5. I am a member in good standing of the **State Bar of Michigan and the Federal Bars of the U.S. District Courts for the Eastern District of Michigan and the Western District of Michigan**.

6. I have **not** been denied admission, disbarred, suspended from practice, reprimanded, denied in good standing status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.

7. There have **not** been any proceedings which could lead to any such disciplinary action being instituted against me in any such bodies.

8. I have **not** been admitted *pro hac vice* into this court within the last two years.

June 24, 2025                                Respectfully submitted,

*/s/ Bonsitu Kitaba-Gaviglio*

Bonsitu Kitaba-Gaviglio
American Civil Liberties Union
   Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6800
bkitaba@aclumich.org