# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Bonsitu A. Kitaba-Gaviglio, P78822 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing.

Bonsitu A. Kitaba-Gaviglio was admitted to practice in Michigan on November 12, 2014 in Wayne County and became a member of the State Bar of Michigan on November 20, 2014.



Peter W. Cunningham, Executive Director
May 22, 2025