## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;

      Plaintiffs,

                v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;

      Defendants.

Case No. 1:25-cv-00184
Hon. Amir H. Ali

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for the admission of Bonsitu Kitaba-Gaviglio

*pro hac vice*, the motion is granted.

Dated: _____

                           _____
                           Hon. Amir H. Ali
                           United States District Judge