IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*;<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*;<br><br>Defendants. | Case No. 1:25-cv-00184-AHA<br>Hon. Amir H. Ali |

**NOTICE OF APPEARANCE**

Please take notice that Bonsitu Kitaba-Gaviglio (P78822), having been admitted *pro hac vice*, is entering an appearance as counsel for Plaintiffs in the above-captioned matter.

                                        Respectfully submitted,

                                        /s/Bonsitu Kitaba-Gaviglio
                                        Bonsitu Kitaba-Gaviglio (P78822)
                                        American Civil Liberties Union Fund of
                                           Michigan
                                        2966 Woodward Ave.
                                        Detroit, MI 48201
                                        (313) 578-6823
                                        bkitaba@aclumich.org

Dated: June 27, 2025