UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION
OF MICHIGAN, et al.,

      Plaintiffs,

      v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

      Defendants.

Civil Action No. 25-0184 (AHA)

**DEFENDANTS' CONSENT MOTION FOR
EXTENSION OF TIME TO ANSWER COMPLAINT**

Defendants, through undersigned counsel, respectfully move for a 21-day extension to file an answer. Currently, the deadline is Thursday, April 2, 2026. Defendants seek a new, proposed deadline of Thursday, April 23, 2026. Counsel for Defendants conferred with counsel for Plaintiffs about this motion, and Plaintiff consents to this motion.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Good cause exists to grant this motion. The undersigned and his colleagues at the U.S. Attorney's Office have heavy caseloads that make it difficult to meet the standard time limitations set forth in the federal and local rules of civil procedure. Each case has its own competing obligations, deadlines, and demands. To allow the undersigned to adequately confer with Agency

counsel and draft an answer while not neglecting his responsibilities and obligations in other cases, Defendants contend that there is good cause to grant this motion.

For the reasons above, Defendants contend there is good cause to grant this motion and for Defendants' new deadline to file an answer be extended to <u>Thursday, April 23, 2026</u>.

Date:   March 27, 2026           Respectfully submitted,
        Washington, DC

                                 JEANINE FERRIS PIRRO
                                 United States Attorney

                                 By:      */s/ Sam Escher*
                                 SAM ESCHER, D.C. Bar #1655538
                                 Assistant United States Attorney
                                 601 D Street, NW
                                 Washington, DC 20530
                                 (202) 252-2531
                                 Sam.Escher@usdoj.gov

                                 *Attorneys for the United States of America*