UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION
OF MICHIGAN, et al.,

      Plaintiffs,

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

      Defendants.

Civil Action No. 25-0184 (AHA)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including Thursday, April 23, 2026, to

file an answer.

SO ORDERED:

_____
Date

_____
AMIR H. ALI
United States District Judge