**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, *et al.*; <br><br>     Plaintiffs, <br><br>        v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*; <br><br>     Defendants. | Case No. 1:25-cv-00184 (AHA) |

**JOINT REPORT REGARING CASE DEADLINES**

Pursuant to Paragraph 3.C. of this Court's Standing Order for Civil Cases (ECF No. 15),

the parties respectfully submit this joint report proposing the following case deadlines:

| EVENT | DEADLINE |
|---|---|
| Filing certified list of the contents of the administrative record | June 25, 2026 |
| Producing administrative record to Plaintiffs | June 25, 2026 |
| Defendants' motion for summary judgment | August 27, 2026 |
| Plaintiffs' memorandum in opposition to motion, and cross-motion for summary judgment | September 29, 2026 |
| Defendants' reply memorandum for motion, and memorandum in opposition to cross-motion | October 29, 2026 |
| Plaintiffs' reply memorandum for cross-motion | November 19, 2026 |

/s/ Ramis J. Wadood
Ramis J. Wadood
Bonsitu Kitaba-Gaviglio
Philip E. Mayor
Marc Allen *
American Civil Liberties Union
    Fund of Michigan
2966 Woodward Avenue
Detroit, MI  48201
(313) 578-6800
pmayor@aclumich.org
rwadood@aclumich.org
bkitaba@aclumich.org
mallen@aclumich.org

Spencer Amdur
My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
Phone: (415) 343-0770
samdur@aclu.org
mngo@aclu.org

Kyle Virgien
American Civil Liberties Union Foundation
National Prison Project
425 California Street, 7th Floor
San Francisco, CA 94104
Phone: (415) 343-0770
kvirgien@aclu.org

*Attorneys for Plaintiffs*

* *Pro hac vice* motion pending


DATED: May 7, 2026

JEANINE FERRIS PIRRO
United States Attorney

s/ Sam Escher
SAM ESCHER, D.C. Bar #1655538
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2531
Sam.Escher@usdoj.gov

*Attorneys for the United States of America*

2