**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN CIVIL LIBERTIES UNION OF
MICHIGAN, *et al.*;

    Plaintiffs,

             v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*;

    Defendants.

Case No. 1:25-cv-00184
Hon. Amir H. Ali

**NOTICE OF APPEARANCE**

Please take notice that Marc S. Allen, having been admitted *pro hac vice*, is entering an appearance in the above-captioned case on behalf of Plaintiffs American Civil Liberties Union of Michigan and American Civil Liberties Union Fund of Michigan.

Respectfully submitted,

/s/Marc S. Allen
Marc S. Allen (MI Bar P82312)
American Civil Liberties Union Fund of
  Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6882
mallen@aclumich.org

Dated: May 14, 2026