UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>      Defendants. | Civil Action No. 25-0184 (AHA) |

## NOTICE AND DECLARATION

U.S. Immigration and Customs Enforcement ("ICE"), Director of ICE in his official capacity, U.S. Department of Homeland Security ("DHS"), and Secretary of DHS in his official capacity (collectively "Defendants"), through undersigned counsel, respectfully file this notice and declaration related to the administrative record.

As explained by the attached declaration, after a diligent search for records, ICE did not locate a rulemaking or administrative record related to 8 C.F.R. § 236.6. Defendants are nonetheless still prepared to move for summary judgment by October 6, 2026, in accordance with the Court's June 28, 2026, Minute Order.

\*     \*     \*

Date:   August 4, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    _____/s/ Sam Escher_____
       SAM ESCHER, D.C. Bar #1655538
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2531
       Sam.Escher@usdoj.gov

*Attorneys for the United States of America*