UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Civil Action No. 25-0184 (AHA) |

**DECLARATION OF AMY BESSADA**

I, Amy Bessada, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

1. I am currently employed by the U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE" or the "Agency"), Office of the Principal Legal Advisor, Regulatory Affairs Unit, as a Supervisory Regulatory Analyst, where I provide management and direction over the Regulatory Analysis Team and the regulatory priorities of ICE. I joined ICE in October 2019 as a Regulatory and Policy Analyst. I served as an Acting Supervisory Regulatory Analyst from August 2021 until November 2022 when I transitioned permanently to the position. Part of my duties include overseeing a staff of Regulatory and Policy Analysts, developing and reviewing ICE regulatory initiatives in support of ICE rulemaking, collaborating with internal agency, departmental and interdepartmental partners to achieve ICE and DHS mission goals through rulemaking, and ensuring that ICE is meeting all statutory and executive branch requirements.

2. The facts attested to herein are based upon my personal knowledge or upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

3. After a diligent search of records, the Regulatory Analysis Team did not locate a rulemaking or administrative record relative to Immigration and Naturalization Service ("INS") 2203-02 Release of Information Regarding Immigration and Naturalization Service Detainees in Non-Federal Facilities, which is available at https://www.federalregister.gov/d/03-1958.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and based on information obtained from other individuals employed by ICE.

Executed this 4th day of August 2026 in Washington, D.C.

AMY L BESSADA
Digitally signed by AMY L BESSADA
Date: 2026.08.04 09:14:58 -04'00'

Office of the Principal Legal Advisor, Regulatory Affairs Unit, Regulatory Analysis Team
U.S. Immigration and Customs Enforcement